**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE | ) |
| | ) |
| J & M DEVELOPMENT OF CASS COUNTY, INC., | ) Chapter 11 |
| | ) Case No. 04-41065-JWV-11 |
| | ) |
| Debtor(s). | ) |

**APPLICATION TO REQUIRE FILING OF OVERDUE TAX RETURNS
AND FOR EXTENSION OF TIME TO FILE CLAIMS**

Comes now the Missouri Department of Revenue (DOR) and states as follows:

1. The DOR does not have on file Corporation/Franchise tax returns for the years 2000, 2001, 2002 and 2003.

2. These tax returns are necessary to complete claims for the DOR so that claims are based on actual rather than estimated figures.

WHEREFORE, the DOR requests the Court to compel the Debtors to promptly file Corporation/Franchise tax returns for these periods and enter an order granting an extension of time to file its claims in this case until a reasonable time after Debtors have filed the tax returns requested.

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

**By:   /s/ Phyllis Schauffler**
Phyllis Schauffler, Mo. Bar #35734
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-Mail: bankruptcy@dor.mo.gov
Attorney for Department of Revenue.